## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 155 EAL 2020

Respondent       :

      :   Petition for Allowance of Appeal
      :   from the Order of the Superior Court

v.       :

TUFTON GREEN,       :

Petitioner       :


## ORDER


**PER CURIAM**

      **AND NOW**, this 17th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.